UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS RAMOS NEVAREZ,<br><br>               Petitioner,<br><br>     v.<br><br>CAMMILLA WAMSLEY, BRUCE SCOTT, KRISTI NOEM, PAMELA BONDI, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>               Respondents. | CASE NO. 2:25-cv-02064-RSM-BAT<br><br>**ORDER DIRECTING SERVICE AND NOTIFYING PARTIES OF RIGHT TO CONSENT** |

      Petitioner has filed a habeas corpus petition under 28 U.S.C. § 2241, Dkt. 1, and a motion for temporary restraining order (TRO), Dkt. 6. Respondents have filed a notice of intent to oppose the TRO motion. Dkt. 8. Having reviewed the record, the Court **ORDERS**:

      (1)    If not previously accomplished, electronic posting of this Order and Petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon all Respondents.

      (2)    Counsel for both parties are directed to indicate whether they consent or decline to consent to the jurisdiction of the undersigned Magistrate Judge by no later than **October 28,**

**2025**, via email to Courtroom Deputy Andy Quach at andy_quach@wawd.uscourts.gov. Consent is voluntary. If the parties decline to consent, the case will remain assigned to District Judge Martinez.

   (3) If Petitioner's custody status changes at any point during this litigation, **Respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

   DATED this 23rd day of October, 2025.

                  BRIAN A. TSUCHIDA
                  United States Magistrate Judge

ORDER DIRECTING SERVICE AND
NOTIFYING PARTIES OF RIGHT TO
CONSENT - 2