UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS RAMOS NEVAREZ,<br><br>                    Petitioner,<br><br>        v.<br><br>CAMMILLA WAMSLEY, *et al.*,<br><br>                    Respondents. | Case No. 2:25-cv-02064-RSM-BAT<br><br>**STIPULATED MOTION AND ORDER RE BRIEFING SCHEDULE** |

Petitioner Luis Ramos Nevarez and Federal Respondents, in order to improve efficiency for both the Parties and the Court on Petitioner's pending Motion for Temporary Restraining Order and Petition for Writ of Habeas Corpus, hereby stipulate to a briefing schedule as follows. A comparable Order was recently issued in *Tran v. Scott*, 2:25-cv-01886-TMC-BAT (Dkt. 8).

**STATEMENT OF FACTS**

Mr. Ramos Nevarez filed a Petition for Writ of Habeas Corpus on October 22, 2025 (Dkt. 2). He filed a Motion for Temporary Restraining Order on that same date (Dkt. 6). To date, the Court has not ordered Respondents to file a return to Mr. Ramos Nevarez's petition.

As matters currently stand, Respondents' response to Mr. Ramos Nevarez's temporary

restraining order motion would be due October 24, 2025. Respondents would also need to file a return to Mr. Ramos Nevarez's petition on a schedule to be set by the Court, to which Petitioner would have the opportunity to reply. If the matter is referred to a magistrate judge, the TRO motion and petition would each involve a separate Report and Recommendation, after which there would be an opportunity for objection and response.

## STIPULATED MOTION

To avoid multiple rounds of briefing on each of the petition and the motion, the parties stipulate to the following:

Petitioner will withdraw his Motion for a Temporary Restraining Order (Dkt. 6).

Federal Respondents will file a response to the habeas petition no later than October 28, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

Petitioner will file a reply no later than November 4, 2025.

The Court will note the habeas petition for November 4, 2025.

To further expedite the briefing on this matter, the parties agree to forego review by a magistrate judge and a report and recommendation.

//

//

1       DATED this 23rd day of October, 2025.

2 Respectfully submitted,

3 CHARLES NEIL FLOYD       ROBBINS LAW, PLLC
   United States Attorney

*s/ Sean M. Arenson*       *s/ Stephen Robbins*
5 SEAN M. ARENSON, WSBA No. 60465    STEPHEN ROBBINS, WSBA No. 53398
Assistant United States Attorney    6 South 2nd St. Ste. 1002
6 United States Attorney's Office    Yakima, WA 98901
Western District of Washington    Phone: (509) 823-4523
7 700 Stewart Street, Suite 5220    Email: stephen@robbinsimmigration.com
Seattle, Washington 98101-1271
8 Phone: (206) 553-7970    *Attorney for Petitioner*
Fax:   (206) 553-4067
9 Email: sean.arenson@usdoj.gov

10 *Attorneys for Federal Respondents*

11 *I certify that this memorandum contains 304 words, in compliance with the Local Civil Rules.*

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Return Memorandum | October 28, 2025 |
| Petitioner's Reply | November 4, 2025 |

The Motion for Temporary Restraining Order (Dkt. No. 6) is withdrawn.

DATED this 23rd day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE